**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN CARLO, INCORPORATED,**

    **Plaintiff,**

-vs-                                      **Case No. 6:06-cv-164-Orl-22DAB**

**GREATER ORLANDO AVIATION AUTHORITY,**

    **Defendant,**

-vs-

**HUBBARD CONSTRUCTION COMPANY,**

    **Third-Party Defendant.**

_____

**ORDER**

This cause is before the Court on Defendant's Verified Motion for Summary Judgment Based on Failure to Satisfy a Condition Precedent, or in the alternative, Motion to Stay and Compel Contractually Required, Pre-suit Alternative Dispute Resolution Procedures (Doc. No. 52) filed on September 29, 2006.

The United States Magistrate Judge has submitted a Report recommending that the Motion be denied to the extent it seeks summary judgment and granted to the extent it seeks a stay and an order compelling compliance with the contractual dispute resolution procedures.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, John Carlo, Inc., the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 24, 2007 (Doc. No. 114) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Defendant's Verified Motion for Summary Judgment Based on Failure to Satisfy a Condition Precedent, or in the alternative, Motion to Stay and Compel Contractually Required, Pre-suit Alternative Dispute Resolution Procedures (Doc. No. 52) is denied in part, and granted in part. The Verified Motion for Summary Judgment Based on Failure to Satisfy a Condition Precedent is DENIED.  The alternative  Motion to Stay and Compel Contractually Required, Pre-suit Alternative Dispute Resolution Procedures is GRANTED.

3. Plaintiff John Carlo, Inc.'s Objections (Doc. No. 115) are OVERRULED.

4. The parties are hereby COMPELLED to return to the Dispute Review Board (DRB) process.

5. This action is STAYED for a period to not exceed 150 days.  GOAA shall file status reports as to the DRB proceedings on the last business day of February through June, 2007. The Court will issue an Amended Case Management and Scheduling Order if this matter is not resolved at the DRB proceedings, and the action is reinstated to active status.

6. All pending motions are DENIED, without prejudice to reassertion, if appropriate, following conclusion of the DRB process.

    7.    The Clerk is directed to ADMINISTRATIVELY CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 3, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Lawrence M. Watson, Jr., Mediator